UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICTOR HECHAVARRIA, §<br>Petitioner, §<br>§<br>v. §<br>§<br>HOMER D. SALINAS, Facility Director, §<br>Port Isabel Detention Center. §<br>Respondent. § | Civil Action No. 1:18-cv-00012 |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 18) regarding Petitioner Victor Hechavarria's pro se "Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (Docket No. 1). No objections were filed; the deadline for filing objections has expired.

After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Petitioner Victor Hechavarria's pro se "Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (Docket No. 1) is **DISMISSED** as moot. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on this 30th day of April, 2018.

Rolando Olvera
United States District Judge

1